Form G-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) **Case No.:** 23-13605 |
| **Rodney Carter** | ) |
| | ) **Chapter:** Chapter 13 |
| **Debtor(s)** | ) |
| | ) **Judge:** Honorable Deborah L. Thorne |

## NOTICE OF MOTION

**To:**
Rodney Carter, 1115 Harding Ave , Calumet City, IL 60409

Marshall, Marilyn O., Trustee, 224 S. Michigan Ave. #800, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on 11/29/23 at 10.00 a.m. I will appear before the **Honorable Deborah L. Thorne**, or any judge sitting in that judge's place, **either** in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the **MOTION FOR ORIGINAL FEES**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 9362 1728 and the passcode is No password required. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                            **By:**    **/s/   Yusuf S. Abusharif**
                                                            **Yusuf S. Abusharif,** *Attorney for Debtor(s)*

Our Client(s) Record # 909798

## CERTIFICATE OF SERVICE

I, **Yusuf S. Abusharif**, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on **10/30/2023 at or before 5 p.m.**

          **By:**    /s/   Yusuf S. Abusharif
                   **Yusuf S. Abusharif,** *Attorney for Debtor(s)*
                   **Geraci Law L.L.C.**
                   55 E. Monroe Street #3400
                   Chicago, IL 60603
                   312.332.1800 (p) 877.247.1960 (f) ndil@geracilaw.com

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Rodney Lewis Carter Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8517<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: 13   10/11/23 | |
| Case number: | 23–13605 | | |

## Official Form 309I
### Notice of Chapter 13 Bankruptcy Case          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rodney Lewis Carter Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1115 Harding Ave<br>Calumet City, IL 60409 | |
| 4. | **Debtor's attorney**<br>Name and address | Yusuf Abusharif<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603 | Contact phone 312–332–1800<br>Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/12/23 |

**For more information, see page 2**

Debtor **Rodney Lewis Carter Jr.**   Case number **23-13605**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 9, 2023 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 746 523 0004, and Passcode 0225301968, OR call 1-872-282-7124**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/8/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **11/29/23** at **10:00 AM** , Location: **Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID 160 9362 1728 and no passcode needed.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Case 23-13605  Doc 15  Filed 10/14/23  Entered 10/14/23 23:30:26  Desc Imaged
Certificate of Notice  Page 3 of 4

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                              Case No. 23-13605-DLT

Rodney Lewis Carter, Jr.                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                                     User: admin                                   Page 1 of 2

Date Rcvd: Oct 12, 2023                               Form ID: 309I                               Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Lewis Carter, Jr., 1115 Harding Ave, Calumet City, IL 60409-2450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ndil@geracilaw.com | Oct 13 2023 02:47:00 | Yusuf Abusharif, Geraci Law L.L.C., 55 East Monroe St. Suite #3400, Chicago, IL 60603 |
| tr | + | Email/Text: courtnotices@chi13.com | Oct 13 2023 02:48:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Oct 13 2023 02:48:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30450894 | + | Email/Text: backoffice@affirm.com | Oct 13 2023 02:48:00 | Affirm INC, Attn: Bankruptcy Dept., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 30450896 | + | EDI: CCS.COM | Oct 13 2023 03:27:00 | Allstate IN. Company, C/O Credit Control Service, 725 Canton St, Norwood, MA 02062-2609 |
| 30450895 | + | EDI: CCS.COM | Oct 13 2023 03:27:00 | Allstate PROP Casualty CO., C/O Credit Control Service, 725 Canton St, Norwood, MA 02062-2609 |
| 30450892 | + | EDI: CAPITALONE.COM | Oct 13 2023 03:27:00 | Capital ONE, Attn: Bankruptcy Dept., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 30450891 | + | EDI: CITICORP.COM | Oct 13 2023 03:27:00 | Citicards CBNA, Attn: Bankruptcy Dept., Po Box 6241, Sioux Falls, SD 57117-6241 |
| 30450901 | | Email/Text: bankruptcycourts@equifax.com | Oct 13 2023 02:48:00 | Equifax, Attn: Bankruptcy Dept., 1550 Peachtree St. NE, Atlanta, GA 30309 |
| 30450897 | + | EDI: CCS.COM | Oct 13 2023 03:27:00 | Esurance AN Allstate Company, C/O Credit Collection SERV, 725 Canton St, Norwood, MA 02062-2609 |
| 30450900 | ^ | MEBN | Oct 12 2023 23:26:23 | Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen, TX 75013-2002 |
| 30450898 | + | Email/Text: bankruptcy@lmminc.com | Oct 13 2023 02:48:00 | Hirschbach Motor Lines INC, C/O Lockhart, Morris & MONT, 1401 N Central Expy Ste, Richardson, TX 75080-4669 |
| 30450890 | + | EDI: NFCU.COM | Oct 13 2023 03:27:00 | NAVY Federal CR Union, Attn: Bankruptcy Dept., 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 30450893 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2023 02:48:00 | Santander Consumer USA, Attn: Bankruptcy Dept., Po Box 961245, Ft Worth, TX 76161-0244 |
| 30450899 | ^ | MEBN | Oct 12 2023 23:26:06 | Transunion, Attn: Bankruptcy Dept., PO Box |

1000, Chester,PA 19016-1000

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Yusuf Abusharif | on behalf of Debtor 1 Rodney Lewis Carter Jr. ndil@geracilaw.com |

TOTAL: 3

Form 13-9 (20210826)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Rodney Carter | ) | BK No.: 23-13605 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Judge: Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by Local Rule 2016-1 have been made.

2. The attorney and the debtor(s) have either:

   (i) not entered into any other agreements that provide for the attorney to receive:

   a. any kind of compensation, reimbursement, or other payment, or

   b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

   (ii) have specifically discussed and understand that:

   a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

   b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

   c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

   d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Our Client(s) Record # 909798**

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,500.00    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 0.00    for filing fee paid by the attorney with the attorney's funds

$ 25.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 25.00    Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

[X] None
A total of $ 0.00    .

Date of Application:    October 30, 2023            Attorney Signature    /s/ Yusuf S. Abusharif

**Our Client(s) Record # 909798**